UNITED STATES COURT OF APPEALS
TENTH CIRCUIT
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

DAVID M. EBEL  
JUDGE

(303) 844-3800  
FAX: (303) 844-4541  
David_M_Ebel@ca10.uscourts.gov

November 30, 2011

TO:       Greg Langham, Clerk

FROM:     Judge Ebel

RE:       Criminal Action No. 11-cr-00491-DME
          U.S.A. v. Soto-Beltran

Exercising my prerogative as a senior judge, I request that this case be reassigned.

DME/jd