UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.     11-cr-00491-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JOSE SOTO-BELTRAN, a/k/a Jesus Rodriguez, a/k/a Miguel Mesa-Carrasco, a/k/a Miguel Zendejas, a/k/a Armando Soto-Beltran, a/k/a Armando Soto, a/k/a Armando Angel Soto, a/k/a Jose Angel Soto-Beltran, a/k/a Jose Soto, a/k/a Jose Angel Beltran, a/k/a Jose Carrazco-Quintero, a/k/a Jose Bettmen,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on January 6, 2012. Accordingly, the jury trial set for February 6, 2012 is **VACATED**.  A Change of Plea hearing is set for **Tuesday, March 13, 2012 at 9:00 a.m.   Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**   If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:   January 9, 2012.